IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILL NYE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 22-cv-5788 <br><br> Judge Manish S. Shah |

## RESPONSE TO RULE TO SHOW CAUSE

On October 21, 2022, Plaintiff filed a Complaint for Trademark Infringement and Counterfeiting (Count I), False Designation of Origin (Count II) and Violation of the Illinois Uniform Deceptive Trade Practices Act (Count III) against the 139 Defendants listed in Schedule A. [Dkt. Nos. 1, 7].

This case was initially assigned to the Honorable Joan Lefkow the same day. Plaintiff's Motion for Entry of a Temporary Restraining Order (TRO), an accompanying Memorandum and a proposed TRO were filed at that time.

Plaintiff submitted the proposed TRO drafted in accordance with Judge Lefkow's requirements to her proposed Order inbox on October 21, 2022. Due to a clerical error, the Schedule A attached to the proposed TRO was incorrect.

On October 24, 2022, the Executive Committee reassigned this case to the Honorable Manish S. Shah.

On November 7, 2022, the Court inquired why Plaintiff should not be sanctioned for submitting a proposed order that references domain name transfers and includes an incorrect Schedule A. [Dkt. No. 18].

The Motion for Entry of a Temporary Restraining Order, the accompanying Memorandum and the proposed TRO that were filed/submitted by Plaintiff were drafted pursuant to Judge Lefkow's requirements. Judge Lefkow and this Court do not have the same requirements for entry of a TRO.

After this case was reassigned on October 24, 2022, undersigned counsel has communicated with Plaintiff to prepare an Amended Complaint, an Amended Schedule A, a Renewed Motion for Entry of a TRO, a Renewed Memorandum in Support of Entry of a TRO, a supporting Declaration and a revised proposed TRO to comply with this Court's requirements for joinder and entry of a TRO.

The deficiencies noted by this Court in the recent Order are being corrected. In particular, an Amended Complaint limited to 5 defendants is being finalized along with a renewed Motion and Memorandum, a supporting Declaration and a revised proposed Order for filing by November 15, 2022.

Counsel apologizes for the good faith mistake and any inconvenience to the Court. No Defendant has been prejudiced in that no action has been taken regarding any Defendant at this point.

Respectfully submitted,

Dated: November 14, 2022

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
BILL NYE PRODUCTIONS, INC.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Response was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 14, 2022.

        s/Michael A. Hierl